# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | | |
|---|---|---|
| TOYA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION FILE NO.** |
| | ) | **3:17-cv-00019-TCB-RGV** |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), submits the following Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to N.D. Ga. R. 3.3:

1.  The undersigned Counsel of Record certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

> **Plaintiff:** Toya Wilson
>
> **Defendant:** Wells Fargo Bank, N.A.. is a wholly owned subsidiary of Wells Fargo & Co., which is publicly traded on the New York Stock Exchange under the symbol WFC. Berkshire Hathaway Inc. is a

        publicly held corporation that owns 10% or more of Wells Fargo & Co.'s stock.

2. The undersigned further certify that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    NONE

3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**

Sergei Lemberg        Lemberg Law, L.L.C.

**For Defendant:**

Nancy H. Baughan        Parker, Hudson, Rainer & Dobbs LLP
Erin M. Moore        Parker, Hudson, Rainer & Dobbs LLP

[Signature on the following page]

Respectfully submitted this 23rd day of March, 2017.

**PARKER, HUDSON, RAINER & DOBBS LLP**

<u>/s/ Erin M. Moore</u>
Nancy H. Baughan
Georgia Bar No. 042575
Erin M. Moore
Georgia Bar No. 590819

303 Peachtree Street, NE
Suite 3600
Atlanta, Georgia  30308
Telephone:  404-523-5300
Facsimile:  404-522-8409
E-mail: nbaughan@phrd.com
E-mail: emoore@phrd.com

*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed a copy of the within and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which automatically sent e-mail notification of such filing to the following attorney of record, who is a registered participant in the Court's electronic notice and filing system:

> Sergei Lemberg, Esq.
> Lemberg Law, L.L.C.
> 43 Danbury Road
> Wilton, CT 06897
> slemberg@lemberglaw.com

This 23rd day of March, 2017.

> */s/ Erin M. Moore*
> Erin M. Moore

4818829_1